**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

June 18, 2014

Hon. Eileen M. Leeds
Guerra, Leeds, Sabo & Hernandez, PLLC
1534 E. 6th St., Suite 200
Brownsville, TX 78520

Hon. David Gonzales III
County Court at Law No. 3
974 E. Harrison
Brownsville, TX 78520

Consuelo Davila
2904 Andorra St.
Brownsville, TX 78526

William Arthur Newman
5910 N. Central Exp'y, Ste 1600
Dallas, TX 75206

Georginna Del Valle
Begum Law Group
2401 Wild Flower Dr., Ste. B
Brownsville, TX 78526-2911

Michael A. Hummert
Attorney at Law
5910 N. Central Expressway
1600 Premier Place
Dallas, TX 75206

Ms. Rosa Zepeda
4380 Boca Chica, No. 6
Brownsville, TX 78521

Re:     Cause No. 13-14-00331-CV
Tr.Ct.No. 2012-CCL-00105
Style:  In re Old American County Mutual Fire Insurance Company


Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Joe G. Rivera, Cameron County Clerk